1  Julie A. Mersch, Esq.
   Nevada Bar No. 004695
2  LAW OFFICE OF JULIE A. MERSCH
   1100 E. Bridger Ave.
3  Las Vegas, NV 89101
   (702) 387-5868
4  Fax: (702) 387-0109
   jam@merschlaw.com
5  Attorney for Plaintiff

6              **UNITED STATES DISTRICT COURT**

7               **FOR THE DISTRICT OF NEVADA**

8  ANGELA STEWART                         )   CASE NO. : 2:13-cv-01394-JCM-NJK
                                          )
9              Plaintiff,                 )
                                          )
10  vs.                                   )   **STIPULATION AND ORDER TO**
                                          )   **AMEND CAPTION TO INCLUDE**
11  SUN LIFE ASSURANCE COMPANY OF         )   **PROPER PARTY NAME**
    CANADA (US), a Massachusetts          )
12  corporation;  DOES I through V inclusive; )
    and ROES I through V, inclusive,      )
13                                        )
               Defendants.                )
14  _____)

15     IT IS HEREBY STIPULATED and agreed, by the parties hereto through their

16  respective counsel of record, that the caption shall be amended to state Defendant "Sun Life

17  / / / /

18  / / / /

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23   / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

Assurance Company of Canada," rather than "Sun Life Assurance Company of Canada (US)," to reflect the proper entity name.

DATED this 15th day of October, 2013.

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC |
|---|---|
| By:   /s/ Julie A. Mersch<br>Julie A. Mersch, Esq.<br>Nevada Bar No. 004695<br>1100 E. Bridger Ave.<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | By:   /s/ Eric P. Mathisen<br>Jill Garcia, Esq.<br>NV Bar No. 007805<br>3800 Howard Hughes Pkwy., Ste. 1500<br>Las Vegas, NV 89169<br><br>Eric P. Mathisen, Esq.<br>56 S. Washington St., Ste. 302<br>Valparaiso, IN 46383<br>Attorneys for Defendant |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____

W:\STEWART\PLDGS\Stip2AmendDefPartyName.wpd

2